No. 78–5135. LARKIN *v.* QUINN ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 77–1650. GARZA *v.* RODRIGUEZ. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–6782. McCRIMMON ET AL. *v.* LESTER, JUDGE, ET AL. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.